IN THE CIRCUIT COURT FOR KNOX COUNTY, TENNESSEE

SANDRA BYNAM )
    Plaintiff, )
)
vs. ) No. 1-147-16
)
NATIONAL LLOYDS INSURANCE COMPANY )
    Defendant. )

## COMPLAINT

1. The plaintiff, Sandra Bynam is a citizen and resident of Knox County, residing at 2606 Martin Luther King, Jr. Avenue, Knoxville, Tennessee 37914. Defendant, National Lloyds Insurance Company is an insurance company believed to be licensed and doing business under the laws of the State of Texas, but is also licensed to underwrite insurance policies in the State of Tennessee. The defendant's business address is 510 North Valley Mills Drive, Waco, Texas 76710. All of the events alleged in this Complaint, unless otherwise stated, occurred in Knox County, Tennessee on April 6, 2014.

2. On April 6, 2014, the plaintiff Sandra Bynam was the owner of a house and lot located at the above address. On the above date, the plaintiff sustained considerable damage to her home when it was struck by an automobile. At the time the plaintiff had her home owner's insurance through National Lloyds Insurance Company. Her policy number being TS6002837-01.

3. The plaintiff obtained several estimates for the repair work on her residence. However, the defendant insurance company has failed and refused to offer to the plaintiff, the sum of money which would be necessary to correctly repair the damage despite repeated requests by the plaintiff.

4. The plaintiff alleges that she is entitled to be paid by the defendant the proper and correct sum of money to cover the necessary repairs on her residence.

WHEREFORE, plaintiff, Sandra Bynam, demands judgment against the defendant for no more than $100,000 in property damages and a jury to try this cause.

By: *Glen B. Rutherford*
GLEN B. RUTHERFORD (BPR # 004493)
Attorney for Plaintiff,

RUTHERFORD ◆ WEINSTEIN PLLC
The Phoenix Bldg.
418 S. Gay St., Suite 204
P. O. Box 1668
Knoxville, Tennessee 37901-1668
Telephone: (865) 544-0550

## COST BOND

I, Sandra Bynam as Principal, and RUTHERFORD ◆ WEINSTEIN LAW GROUP PLLC. as Surety, are held and firmly bound unto the Circuit Court Clerk of Knox County, Tennessee for the payment of all costs awarded against the principal. To that end, we bind ourselves, our heirs, executors and administrators.

The Principal is commencing legal proceeding in the Circuit Court of Knox County, Tennessee. If the Principal shall pay all costs which are adjudged against them then this obligation is void. If the Principal fails to pay then the surety shall undertake to pay all costs adjudged against the Principal. Mandated at T.C.A. 20-12-120 et seq.

## PRINCIPAL

Sandra Bynam
2606 Martin Luther King, Jr. Avenue
Knoxville, TN 37914

## SURETY

SURETY:   RUTHERFORD ◆ WEINSTEIN LAW GROUP PLLC
          P.O. Box 1668
          Knoxville, TN 37901-1668

_Ben B. Rutherford_
SIGNATURE OF SURETY

## STATE OF TENNESSEE THE CIRCUIT COURT FOR KNOX COUNTY
## SUMMONS

SANDRA BYNAM )
    Plaintiff, )
  )
vs. ) No. 1-147-16
  )
NATIONAL LLOYDS INSURANCE COMPANY ) )
    Defendant. )

You are hereby summoned and required to serve upon Glen B. Rutherford plaintiff's attorney, whose address is P.O Box 1668, Knoxville, TN 37901, an answer to the complaint herewith served upon you within 30 days after service of this summons and complaint upon you, exclusive of the day of service. A copy of answer must be filed with the Court either before or within a reasonable time after service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the complaint.

Issued and tested this __6__ day of __April__, 2016.

_____
Clerk

_____
Deputy Clerk

### NOTICE

TO THE DEFENDANT:

Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. This list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed these include items of necessary wearing apparel for yourself and your family and trunks or other receptacle necessary to contain such apparel family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

### SERVICE INFORMATION

ATTORNEY WILL SERVE: Defendant, National Lloyds Insurance Company can be served at P.O. Box 2650 Waco, TX 76702-2650

### RETURN

I received this summons on the _____ day of _____, 2016. I hereby certify and return that I (___) served this summons and complaint on the defendant

in the following manner:

_____

_____

( ) failed to serve this summons within 30 days after its issuance because

_____

_____

_____
Process Server

The Americans with Disabilities Act prohibits discrimination against any qualified individual with a disability. The Tennessee Judicial Branch does not permit discrimination against any individual on the basis of physical or mental disability in accessing its judicial programs. In accordance with the Americans with Disabilities Act, if necessary, the Tennessee Judicial Branch will provide reasonable modifications in order to access all of its programs, services and activities to qualified individuals with disabilities.

If you require a modification to access the judicial program and/or have special needs because of a qualified disability, you must submit a written Request for Modification to the Local Judicial Program ADA Coordinator listed below at least five (5) business days prior to the date of the judicial proceeding, if possible. A form is available from the Local Judicial Program ADA Coordinator or from the Tennessee Judicial Program ADA Coordinator (www.tncourts.gov)

If you need assistance, have questions or need additional information, please contact the Local Judicial Program ADA Coordinator:

Pat Carson, Compliance Officer
Knox County Human Resources Office
Suite 360, City-County Building
400 Main Street, Knoxville, Tennessee 37902
Voice Phone: (865) 215-2952 TTY: (865) 215-2497

If you need assistance, have questions or need additional information, you may also contact the Tennessee Judicial Program ADA Coordinator:

Pamela Taylor, Manager/Coordinator
State Judicial ADA Program
Administrative Office of the Courts
Nashville City Center
Suite 600, 511 Union Street
Nashville, Tennessee 37219
Telephone (615) 741-2687 FAX: (615)741-6285

The Tennessee Judicial Branch's Americans with Disabilities Act Policy regarding access to judicial program, as well as a Request for Modification form may be found online at www.tncourts.gov.