# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| SANDRA BYNAM,<br><br>      Plaintiff,<br>Vs.<br><br>NATIONAL LLOYDS INSURANCE COMPANY,<br><br>      Defendant. | NO. 3:16-cv-00206 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW all parties to this action and inform the Court that all matters at issue in this case have been resolved by way of compromise. Therefore, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action against the Defendant, National Lloyds Insurance Company, with prejudice. Counsel for the parties in this matter have signed a stipulation showing that all parties are in agreement, that the dismissal shall be with prejudice, and that no party will seek discretionary costs, attorney's fees, or expenses.

      Respectfully submitted,

      RUTHERFORD ♦ WEINSTEIN LAW GROUP, PLLC

      By:  s/Glen B. Rutherford
           GLEN B. RUTHERFORD, BPR #004493
           Attorney for Plaintiff
           Rutherford ♦ Weinstein Law Group, PLLC
           418 South Gay Street
           Suite 1668
           Knoxville, Tennessee 37901-1668
           865/544-0550

      RAINEY, KIZER, REVIERE & BELL, P.L.C.

      By:  s/Keely N. Wilson
           KEELY N. WILSON, BPR #021083
           Attorneys for Defendant
           209 East Main Street
           P. O. Box 1147
           Jackson, TN 38302-1147
           731/423-2414